Case 8:07-cr-00237-SCB-TBM   Document 183   Filed 10/23/15   Page 1 of 1 PageID 604

AO 247 (10/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 or 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

UNITED STATES OF AMERICA

vs.

GUSTAVO BARREDA

Date of Last Judgment: August 13, 2008

CASE NUMBER:   8:07-Cr-237-T-24TBM
USM NUMBER:    49506-018-018
PACTS NUMBER: 59656

Defendant's Attorney: Conrad Kahn, AFPD

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon the unopposed motion of ☒ the defendant (D-182) ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

IT IS ORDERED that the motion is:

☐ DENIED.   **x** GRANTED and the defendant's previously imposed sentence of imprisonment as to Count One (as reflected in the last judgment issued) of __189__ months is reduced to **152 months or TIME SERVED, whichever is longer**.

(Complete Parts I and II when motion is granted)

Except as provided, all provisions of the judgment dated __August 13, 2008__ shall remain in effect.

**IT IS SO ORDERED**.

Order Date:   October 23, 2015

Effective Date: __November 2, 2015__
(if different from order date)

*Judge's Signature*

WILLIAM J. CASTAGNA, SENIOR U.S. DISTRICT JUDGE
*Printed name and Title*